UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER MAY HILGERS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 3:18-cv-01375-BKS-DEP |

**NOTICE OF CHANGE OF ADDRESS**

    Defendant Experian Information Solutions, Inc. hereby gives notice of the change of address for *pro hac vice* counsel Diana L. Calla, and respectfully requests the Court update the record and service list to reflect the new address and telephone number:

    Diana L. Calla
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA  94104
    Tel:  (415) 875-5723
    Fax:  (415) 875-5700
    dcalla@jonesday.com

Dated: February 7, 2019                    Respectfully submitted,

                                                */s/ Diana L. Calla*
                                                Diana L. Calla (*pro hac vice*)
                                                JONES DAY
                                                555 California Street, 26th Floor
                                                San Francisco, CA  94104
                                                Tel:  (415) 875-5723
                                                Fax:  (415) 875-5700
                                                dcalla@jonesday.com

                                                *Attorney for Defendant*
                                                *Experian Information Solutions, Inc.*